# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| Ronald Edward Young, | Appeal No. 24-2763 |
| Plaintiff, | **NOTICE OF METHOD OF APPENDIX PREPARATION** |
| vs. | |
| Eric Keyes, et al. | |
| Defendants. | |

Pursuant to Federal Rule of Appellate Procedure 30(b)(1) and Eighth Circuit Local Rule 30A(b), Appellant states that counsel for the parties conferred and have agreed to the submission of separate appendices.

Date: September 11, 2024

**RINGSTROM DEKREY PLLP**

Dane DeKrey (MN #0397334)
814 Center Ave. Ste. 5
Moorhead, MN 56560
P: (218) 284-0484
dane@ringstromdekrey.com

**LAW OFFICE OF ERIC A. RICE, LLC**

Eric A. Rice (MN #0388861)
1 W. Water St., Ste. 275
St. Paul, MN 55107
P: (651) 998-9660
F: (651) 344-0763
eric@ricedefense.com

*Attorneys for Appellant*

# CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2024, I electronically filed the foregoing **NOTICE OF METHOD OF APPENDIX PREPARATION** the Court using the CM/ECF system, which caused a true and correct copy of the same to be delivered to parties registered to the Court's CM/ECF system.

/s/ Dane DeKrey
Dane DeKrey
