# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 19, 2024

William Dane DeKrey
RINGSTROM & DEKREY
P.O. Box 853
Moorhead, MN  56560-0853

RE:  24-2763  Ronald Young v. Eric Keyes, et al

Dear Counsel:

In reviewing the appendix in the above case, we noted the following deficiency(s).

**The following deficiency(s) does not require reproduction of the entire appendix.**

__X___ CERTIFICATE OF SERVICE is missing.

Maureen W. Gornik
Acting Clerk of Court

DNS

cc:   Grant Bakke
      Randall J. Bakke
      Eric Aron Rice
      Bradley Wiederholt