Case No. 24-2763

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

Ronald Young,

       Plaintiff – Appellant,        **ORAL ARGUMENT AVAILABILITY**

v.

Eric Keyes, et al.,

    Defendants – Appellees.

___

      Emma Lerner Freeman, counsel for Plaintiff-Appellant Ronald Young, will present oral argument in this matter and is <u>un</u>available for oral argument on the following two dates:

- May 15, 2025 (St. Paul, Minnesota)
- May 16, 2025 (St. Paul, Minnesota)

Counsel has a pre-existing conflict on those dates and requests that oral argument <u>not</u> be scheduled on May 15 or May 16, 2025.

Dated: April 2, 2025                              Respectfully submitted,

                                                          s/ Emma L. Freeman
                                                           Emma L. Freeman
                                                           APOLLO LAW LLC
                                                           1000 Dean Street
                                                           Suite 101
                                                           Brooklyn, NY 11238
                                                           emma@apollo-law.com
                                                           (646) 363-6763

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April, 2025, I electronically filed the foregoing letter with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Date: April 2, 2025    s/Emma L. Freeman
    Emma L. Freeman